**MINUTE ORDER**

**SW v. City of New York, et al., 09-cv-1777 (ENV)(MDG)**

This order summarizes rulings made on the record during a conference held on 2/4/10.

1.  The City's motion to compel production of the plaintiffs' retainer agreements [65] is granted in part and denied in part. The plaintiffs must produce the first and signature pages of the retainer agreements.

2.  Plaintiffs' motion to compel [63] is granted. In the interests of streamlining discovery, plaintiffs' counsel will produce by 2/9/10 to defendants several boxes of documents used in the <u>Marisol</u> class action and the defendants will advise plaintiffs by 2/23/10 as to whether they stipulate to the use of the documents and their authenticity in this action, including use of transcripts of City officials testifying in depositions and other proceedings. This shall be without prejudice to any other evidentiary objections that may be raised and shall not limit discovery to the extent issues are not fully covered.

3.  The Agency defendants must complete their production of documents by 3/15/10. The City defendants must produce all outstanding discovery responses by 3/22/10.

4.  Plaintiffs' counsel must advise the defendants of any statements by the plaintiffs taken by third-parties that have not been produced.

5.  Plaintiffs' depositions shall be held between 4/19/10 and 4/30/10.

6.  The fact discovery deadline is extended to 9/10/10.

7.  The City's motion for extension of time to serve third-party complaints [73] is granted in part and denied in part. The City must serve its third-party complaints by 2/28/10.

8.  Third-party defendant Dr. Ralph Squitieri is ordered to produce the medical records of Judith Leekin under various aliases.

    **SO ORDERED.**

Dated:    Brooklyn, New York
           February 5, 2010

                                        <u>/s/</u>
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE