U.S. District Court Eastern District
of New York

Case No:  1:09 - cv – 1777- ENV-MDG

S.W., by and through his guardian, RENEE
MARQUIS-ABRAMS; R.E., T.G., AND J.L.,
by and through their next friend, MILDRED
GROSSO; S.B., by and through his guardian,
PATRICIA BALDWIN; L.J. AND J.G., by
and through their guardian, KEVIN
HENDRICKSON; J.B., C.B., and T.L.,

      Plaintiffs,

vs.

CITY OF NEW YORK, a municipal corporation;
ADMINISTRATION FOR CHILDREN'S
SERVICES, f/k/a CHILD WELFARE
ADMINISTRATION; ST. JOSEPH SERVICES
FOR CHILREN, INC., f/k/a CATHOLIC CHILD
CARE SOCIETY OF THE DIOCESE OF
BROOKLYN, INC., a New York corporation;
HEARTSHARE HUMAN SERVICES, f/k/a
CATHOLIC GUARDIAN SOCIETY OF THE
DIOCESE OF BROOKLYN, INC., a New York
Corporation; SCO FAMILY OF SERVICES, f/k/a
ST. CHRISTOPHER-OTTILIE, a New York
Corporation,

      Defendants

_____/

## PLAINTIFFS' NOTICE OF EXPERT WITNESS DISCLOSURE
## (LIABILITY AND DAMAGES)

      Plaintiffs, S.W., by and through his guardian, RENEE MARQUIS-ABRAMS; R.E., T.G.,

and J.L., by and through their next friend, MILDRED DEL GROSSO; S.B. by and through his

guardian, KEVIN HENDRICKSON; J.B., C.B., and T.L., by and through the undersigned

counsel, and pursuant to Order of this Court dated June 11, 2010, discloses the liability expert

witnesses noted herein.  Additionally, Plaintiffs understand this Court's Order of June 11, 2010

only applies to liability damage experts; however, in the spirit of full disclosure under Rule 26,

and because the City Defendants have previously been provided the names of some of Plaintiffs' damage experts, Plaintiffs also include a listing of damage experts herein.  This disclosure shall not foreclose Plaintiffs' ability to add further damage experts prior to any such deadline set by this Court.

Plaintiffs respectfully disclose the following:

## A.   <u>LIABILITY EXPERT WITNESSES</u>

1.   **Peg McCart Hess**
8500 Cambridge Woods Lane
Knoxville, TN 37923

Subject Matter:  Record Review of documents related to each Plaintiff's foster care experience, including: each plaintiff's foster care and adoption files, licensing and adoption files for Judith Leekin (and other aliases used), and other documents relevant to Plaintiffs' cases.  The report will include an analysis of whether the voluntary agencies and the City of New York (CWA, ACS) complied with applicable certification, foster care, and adoption policies, practices, and state, local and national standards of care, along with an analysis of whether failures to comply resulted in harm to Plaintiffs.  The report will also include a review of systemic documents related to the structure and function of the New York City child welfare system and an analysis of whether the City of New York failed to adequately oversee the voluntary agencies and DAFCS.

2.   **Golda Zimmerman**
711 East Genesee Street
Syracuse, NY 13210

Subject Matter:  Record Review from the adoption perspective of each plaintiff's foster care, adoption files, UCRs, licensing files for Judith Leekin (and other aliases used) and other relevant documents to each Plaintiff and other children residing with Judith Leekin (and other aliases used) and other relevant documents relating to each of plaintiff including an analysis of applicable state, local and national adoption standards of care, adoption policies, procedures, practices, and failures thereof resulting in harm to Plaintiffs.

3.  **Thomas L. Martin**
    Crime Scene Forensics, LLC
    P.O. Box 515
    Red Hook, NY 12571

    Subject Matter:  Forensic identity verification, including fingerprint identification
    in New York State for the applicable time period.

4.  **Benjamin Ortiz**
    6 Linda Lane
    Spring Valley, NY 10977

    Subject Matter:  U.S. Social Security System process for verification of social
    security numbers and access by City and State agencies for such purposes from
    1984-1999.

5.  **James E. Muller**
    1546 The 12th Fairway
    Wellington, FL 33414

    Subject Matter:  Identity verification, including background checks and social
    security number verification from 1980-2000.

6.  **Steve Levy**
    International Security Associates
    301 East 62nd Street
    New York, NY 10021

    Subject Matter:  Identity verification, including background checks and social
    security number verification from 1980-2000.

7.  **Mark Testa**
    School of Social Work
    University of North Carolina at Chapel Hill
    Tate-Turner-Kuralt Building
    325 Pittsboro St., Campus Box 3550
    l Hill, NC 25599-3550

Subject Matter:  Analysis of policies, practices and systemic failures of the child welfare system in the City of New York (CWA and ACS) from 1984-1999 including failures related to the City's oversight of the voluntary agencies' certification of Judith Leekin (and aliases), as well as City oversight of the voluntary agencies' placement, care, and adoption process for Plaintiffs, which caused them harm.

8.   **Henry Gunn**
100 Gerald Street
Beaufort, NC 28516

Subject Matter:  Analysis of policies, practices and systemic failures of the child welfare system in the City of New York (CWA and ACS) from 1984-1999 including failures related to the City's oversight of the voluntary agencies' certification of Judith Leekin (and aliases), as well as City oversight of the voluntary agencies' placement, care, and adoption process for Plaintiffs, which caused them harm.

B.   **DAMAGES EXPERT WITNESSES**

1.   **Dr. Spencer Eth**
VA Medical Center
1201 N.W. 16th Street
Miami, FL 33125

Subject Matter:  Past, current, and future psychiatric damage caused to each Plaintiff due to the abuse and neglect sustained while in the custody of Judith Leekin.

2.   **Dr. Lenore Walker**
Nova Southeastern University
Center for Psychological Studies
3301 College Avenue
Ft. Lauderdale, FL 33314

Subject Matter:  Past, current and future psychological impact of the abuse and neglect suffered by each Plaintiff while in the custody of Judith Leekin.

3.   **Dr. F.A. Raffa**
     Suite 200
     17 South Osceola Avenue
     Orlando, FL 32801

     Subject Matter:  Economic damages sustained by each Plaintiff as a result of the
     abuse and neglect suffered while in the custody of Judith Leekin.

4.   **Dr. Paul Deutsch**
     Windsormere Office Park
     10 Windsormere Way
     Oviedo, FL 32765

     Subject Matter:  Past and future needs of each Plaintiff based upon the impact of
     Judith Leekin's abuse and neglect producing physical, emotional, psychological,
     psychiatric, behavioral, educational and social damages.

5.   **Dr. Nicholas Suite**

     Suite 104
     7900 N.W. 33rd Street
     Davie, FL 33024

     Subject Matter:  Impact of Judith Leekin's abuse and neglect in producing scars,
     nutritional and other physical injury, resulting in damages to each Plaintiff while
     in the custody of Judith Leekin.

6.   **Dr. Michelle Morrison**
     10030 N.W. 6th Court
     Pembroke Pines, FL 33024

     Subject Matter:  Impact of Judith Leekin's abuse and neglect in producing scars,
     nutritional and other physical deformities, resulting in damages to each Plaintiff
     while in the custody of Judith Leekin.

7.     **Dr. Geoffrey Kanter**
              Suite 201
              1250 Tamiami Trail
              Sarasota, FL 34239

              Subject Matter:  Past and future neurological impact upon each Plaintiff of abuse
              and neglect suffered while in the custody of Judith Leekin.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished via U.S. Mail this *16* day of *August*, 2010 to the following

Bruce M. Strikowsky, Esq.
Carl Schaerf, Esq.,
Attorneys for Defendant/Third Party
Plaintiffs, CITY OF NEW YORK and
ADMINISTRATION FOR CHILD
SERVICES, f/k/a CHILD WELFARE
ADMINISTRATION
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8000

Thaddeus Hackworth, Esq.
Corporation Counsel
Co-Counsel for Defendant/Third
Party, CITY OF NEW YORK and
ADMINISTRATION FOR CHILD
SERVICES, f/k/a CHILD
WELFARE ADMINISTRATION
100 Church Street, 4th Floor
New York, NY 10007
(212) 788-1165

Robert Delmond, Esq.
Conway, Farrell, Curtin & Kelly P.C.
Attorneys for Defendants
ST. JOSEPH SERVICES FOR CHILDREN
INC., f/k/a CATHOLIC CHILD CARE
SOCIETY FOR THE DIOCESE OF BROOKLYN,
INC., HEARTSHARE HUMAN SERVICES
 SCO FAMILY SERVICES
48 Wall Street, 20t Floor
New York, NY 10005

Patrick Mevs, Esq.
Law Offices of Charles E. Kutner,
LLP
Attorney for Defendant Dr. Ralph
Squitieri
110 East Fifty Ninth Street, 25th
New York, NY 10022

Judith Leekin
Broward State Correctional Institution
20421 Sheridan Street
Ft. Lauderdale. FL 33332-2300

Desmond Leekin
211 S.W. Palm Drive, Apt.102
Port St. Lucie, FL 34986

Kevin J. Brennan
Dwyer & Brennan
7 Dey Street, Ste 1401
New York, NY 10007-3201
Attorney for Carol Leekin

Sonya Smith-Valentine
Valentine Legal Group, LLC
Attorney for Thelma Bowes
1300 Caraway Court, Suite 200
Largo, MD 20774

Anita Lezame
155 Linden Blvd., Apt 5E
Brooklyn, NY 11226

Rhonda Morgan
451 Fulton Avenue #327
Hempstead, NY 11550-4115

Sabrina Collins
3 Pointe Street #12
Mount Pocono, PA 18344

Thomas A. Catalano, Esq.
Lester Schwab Katz & Dwyer
120 Broadway
New York, NY 10271

Lystra Lewis
945 Autumn Avenue
Brooklyn, NY 11206-5501

Cheryl Jack a/k/a Cheryl Ellison
2126 Raven Drive
Oak Harbor, WA 98277

Claudette Jackson
1315 13th Street
West Palm Beach, FL 33401

Anthony Vernon Leekin
Address unknown

Theresa Smith
Address unknown

Ishmatie Nagassar/Asman /
Address unknown

Vontrell a/k/a Stephanie Leekin
Address unknown

Barbara Raikes a/k/a Barbara Smith
Address unknown

Dated: _16_ day of _August_ , 2010.

HOWARD M. TALENFELD, ESQ.
Admitted Pro Hac Vice
Florida Bar NO. 312398
COLODNY, FASS, TALENFELD,
KARLINSKY, & ABATE, P.A.
Co-Counsel for the Plaintiffs
100 S.E. 3rd Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
Telephone:      (954) 492-4010
Facsimile       (954) 492-1144
htalenfeld@cftlaw.com

MARCIA LOWRY, ESQ.
Children's Rights
Co-Counsel for Plaintiffs
330 7th Avenue, 4th Floor
New York, New York 10001-5010
Telephone:      (212) 571-4067
Facsimile       (212) 683-4015

THEODORE BABBITT, ESQ.
Admitted Pro Hac Vice
Florida Bar No. 091146
BABBITT, JOHNSON, OSBORNE,
& LE CLAINCHE, P.A.
Co-Counsel for Plaintiffs
1641 Worthington Road, Suite 100
P.O. Box 4426
West Palm Beach, Florida 33402-4426
Telephone:     (561) 684-2500
Facsimile:     (561) 684-6308
tedbabbitt@babbitt-johnson.com

JOHN WALSH, ESQ.
admitted Pro Hac Vice
Florida Bar No. 0796360
Co-Counsel for Plaintiffs
3067 Commercial Blvd.
Fort Lauderdale, Florida 33308
Telephone:     (954) 491-3130
Facsimile:     (954) 772-2099
jjwalsh@gmail.com