UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
S.W., et al.,

                                 Petitioner,

                                            **MEMORANDUM & ORDER**

  -against-

                                            09-CV-1777 (ENV)(MDG)

CITY OF NEW YORK, et al.,

                                Respondents.
------------------------------------------------------------------x

**VITALIANO, D.J.**

      By Memorandum and Order dated December 19, 2012, this Court approved the settlement of plaintiffs' claims against the City of New York defendants and authorized disbursement of the settlement funds, less an amount for the litigation expenses claimed by plaintiffs' counsel, which was to remain in escrow pending determination of the reasonableness of the costs sought. (*See* Dkt. No. 385). Upon further consideration and after conferring with Magistrate Judge Go, to whom this Court has referred the question of costs for report and recommendation, it is hereby

      ORDERED that 75 percent of the settlement funds held in escrow be disbursed to plaintiffs' counsel and that the remainder continue to be held by plaintiffs' counsel in escrow pending approval by the Court.

                                                      s/ ENV
                                           ERIC N. VITALIANO
                                           United States District Judge

Dated: Brooklyn, New York
       Mary 02, 2013