UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

S.W., et al.,

              Plaintiffs,

                           ORDER

        - against -             CV 2009-1777 (ENV)(MDG)

THE CITY OF NEW YORK, et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - X

GO, United States Magistrate Judge:

     By Memorandum and Order dated December 19, 2012 and September 11, 2014, the Honorable Eric N. Vitaliano approved the settlement of plaintiffs' claims against the City of New York defendants and the Agency defendants, respectively, and authorized disbursement of the settlement funds, less an amount for the litigation expenses claimed by plaintiffs' counsel, which was to remain in escrow pending determination of the reasonableness of the costs sought.  See ct. docs. 385, 493.  After conferring with Judge Vitaliano, and upon consideration of plaintiffs' counsel having withdrawn its request for $280,354.41 in expenses (see ct. doc. 496 at 2, 3), it is hereby

     ORDERED that $280,354.41 of the settlement funds held in escrow be disbursed to plaintiffs' counsel and that the remainder continue to be held by plaintiffs' counsel in escrow pending approval by the Court.

Dated:  Brooklyn, New York
       July 6, 2015

                        /s/
                        MARILYN D. GO
                        UNITED STATES MAGISTRATE JUDGE